JANUARY 15, 1970

No. 649. FIDELITY & CASUALTY CO. OF NEW YORK *v.* GRIGSBY ET AL.;

No. 676. COASTAL MARINE SERVICE OF TEXAS, INC., ET AL. *v.* GRIGSBY ET AL.; and

No. 677. WELDER'S SUPPLY CO. OF LAKE CHARLES *v.* GRIGSBY ET AL. C. A. 5th Cir. Petitions for writs of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Fred H. Sievert, Jr.,* for petitioner in No. 649, *Edmund E. Woodley* for petitioners in No. 676, and *Norman F. Anderson* for petitioner in No. 677. Reported below: 412 F. 2d 1011.

JANUARY 16, 1970

No. 458. JOHNSON ET AL. *v.* MASSACHUSETTS, *ante,* p. 990. Application of Joseph M. Palladino, Sr., to stay effectiveness of order denying petition for certiorari as to him, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied. MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS, and MR. JUSTICE STEWART are of the opinion that the application should be granted. *Robert E. Smith* for applicant.

JANUARY 19, 1970

No. ——. AVILA, AKA GONZALEZ ET AL., ET AL. *v.* UNITED STATES. C. A. 5th Cir. Application for bail pending appeal presented to MR. JUSTICE BLACK, and by him referred to the Court, denied. *Daniel Neal Heller* for applicant Avila. *Solicitor General Griswold* in opposition.